**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19-CR-1558-AJB |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| JAVIER VELASCO, aka Juan Hernandez-Garcia | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing, IT IS ORDERED that the Indictment in Criminal Case No. 19-CR-1558-AJB against defendant JAVIER VELASCO be, and hereby is, dismissed;

IT IS SO ORDERED.

Dated: October 3, 2019

Hon. Anthony J. Battaglia
United States District Judge